CLERK'S OFFICE
A TRUE COPY
Jun 09, 2026
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Eleazar Clavel-Narvaez | ) | Case No. **26-M-408 (SCD)** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 11, 2026_____ in the county of _____Milwaukee_____ in the

_____Eastern_____ District of _____Wisconsin_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal re-entry into U.S. |

This criminal complaint is based on these facts:

Please see Attached Affidavit.

☑ Continued on the attached sheet.

MICHAEL A GAVIN
Digitally signed by MICHAEL A GAVIN
Date: 2026.06.08 11:23:56 -05'00'

*Complainant's signature*

Michael A. Gavin, ICE Deportation Officer

*Printed name and title*

Sworn via telephone; transmitted via email
pursuant to Fed. R. Crim. 4.1

Date: **6-9-26**

*Judge's signature*

City and state: _____Milwaukee, Wisconsin_____     Stephen C. Dries, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT OF DEPORTATION OFFICER MICHAEL A. GAVIN
IN SUPPORT OF ARREST WARRANT**

I, Michael A. Gavin (affiant), after being duly sworn, depose and state as follows:

**AGENT BACKGROUND**

1. I am a duly appointed Deportation Officer (DO) with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE). I have been employed with this agency (DHS), since August 2013 as a Border Patrol Agent (BPA) and then as a Deportation Officer (DO) since July 2020. In December 2013, I graduated from the Border Patrol Basic Academy located at the Federal Law Enforcement Training Center in Artesia, New Mexico, where I was trained on immigration laws, policies, and procedures. In July 2020, I transferred from the U.S. Border Patrol to ICE. I attended the Deportation Officer Transition Program (DOTP) in August 2020. I am responsible for conducting criminal and civil investigations of violations of the Immigration and Nationality Act (INA), which relate to an alien's right to presence and employment in the United States.

2. All of the statements and information contained in this affidavit are based: upon my review of investigative reports prepared by law enforcement officers with knowledge of the facts recited: upon my conversations with law enforcement officers having personal knowledge of the pertinent facts; and upon my review of official documents and records maintained by the United States. Based therein, all of the statements and information contained herein are true and correct to the best of my knowledge, information, and belief.

1

3.     The information contained in this affidavit does not include all of the facts I know about this investigation.  Rather, it contains only the facts necessary to establish probable cause to believe that Eleazar CLAVEL-Narvaez (defendant) has violated the following: 8 U.S.C. 1326(a).

**FACTS ESTABLISHING PROBABLE CAUSE**

4.     On April 11, 2026, the defendant was arrested by Wauwatosa Police Department in the Eastern District of Wisconsin, in Wauwatosa, Wisconsin for operating under the influence of alcohol in violation of Wisconsin State law 346.63(1)(A). Milwaukee County Sheriff's Office submitted the defendant's fingerprints to the Federal Bureau of Investigations Integrated Automated Fingerprint Identification System (IAFIS). A Department of Homeland Security's Automated Biometric Identification System (IDENT) also searched a DHS database for the defendant's fingerprints. A positive match of fingerprints in IAFIS and IDENT identified the defendant as Eleazar CLAVEL-Narvaez. An investigation conducted by affiant revealed that the defendant is a citizen of Mexico and was previously removed from the United States on four (4) separate occasions.

5.     As a result of the positive match of fingerprints in IAFIS and IDENT, affiant was able to identify and locate a unique DHS alien registration file and FBI number relating to defendant. Defendant's alien registration file contains photographs, fingerprints and immigration documents identifying defendant as a citizen and national of Mexico. Alien registration file records, databases,

2

and indices revealed to defendant was removed from the United States prior to being found in Eastern District of Wisconsin in 2026. The records also confirmed defendant is an alien who has been ordered removed from the United States to Mexico on four (4) previous occasions. The first order of removal from the United States was issued by the U.S. Border Patrol in Imperial, California on December 3, 2019. The defendant was physically removed from the United States on December 3, 2019, to Mexico. The second removal was issued by the U.S. Border Patrol in San Diego, California on December 8, 2019. The defendant was physically removed from the United States on December 8, 2019, to Mexico. The third removal was issued by the U.S. Border Patrol in Douglas, Arizona on December 19, 2019. The defendant was physically removed from the United States on January 18, 2020, to Mexico. The fourth removal was issued by the U.S. Border Patrol in Nogales, Arizona on May 17, 2022. The defendant was physically removed from the United States on May 17, 2022, to Mexico. A search of DHS indices failed to produce any record of an application for lawful entry or lawful admission into the United States by or on the behalf of defendant.

## CONCLUSION

6. Based on the foregoing facts, and my experience and training, probable cause exists that Eleazar CLAVEL-Narvaez (defendant) violated Title 8, United States Code, Section 1326(a), in that defendant, an alien, who was found in Milwaukee County, Wisconsin, after having been last removed from the United States on May 17, 2022 and returned to the United States without having first obtained the consent of the Secretary of Homeland Security prior to his return.

3